■ Barbara Connolly et al., Respondents, v Long Island Power Authority et al., Appellants, et al., Defendant. [34 NYS3d 902]—In an action, inter alia, to recover damages for negligence, the defendants Long Island Power Authority and Long Island Lighting Company appeal, and the defendant National Grid Electric Services, LLC, separately appeals, from an order of the Supreme Court, Queens County (Siegal, J.), entered July

15, 2014, which denied their joint motion pursuant to CPLR 3211 (a) (7) to dismiss the amended complaint insofar as asserted against them.

Ordered that the order is affirmed, with costs.

The plaintiffs commenced this action against, among others, the Long Island Power Authority (hereinafter LIPA), a public authority (*see* Public Authorities Law § 1020 *et seq*.), the Long Island Lighting Company (hereinafter LILCO), previously a private electric company and now allegedly a wholly owned subsidiary of LIPA, and National Grid Electric Services, LLC (hereinafter NGES and collectively with LIPA and LILCO, the defendants), LIPA's private contractor responsible for operating LIPA's electrical transmission and distribution system. The plaintiffs seek to recover damages for the destruction of their real and personal property located on the Rockaway Peninsula in Queens, which they allege occurred because the defendants negligently failed to preemptively de-energize the Rockaway Peninsula prior to or during Hurricane Sandy on October 29, 2012. The defendants moved pursuant to CPLR 3211 (a) (7) to dismiss the amended complaint insofar as asserted against them on the ground that LIPA was immune from liability based on the doctrine of governmental function immunity, and that LILCO and NGES were entitled to the same governmental immunity defense as LIPA. The Supreme Court denied the motion. The defendants appeal.

The denial of the defendants' motion was proper for the reasons stated in *Heeran v Long Is. Power Auth. (LIPA)* (141 AD3d 561 [2016] [decided herewith]). Balkin, J.P., Austin and Hinds-Radix, JJ., concur.

Miller, J., dissents, and votes to reverse the order appealed from and grant the joint motion of the defendants Long Island Power Authority, Long Island Lighting Company, and National Grid Electric Services, LLC, pursuant to CPLR 3211 (a) (7) to dismiss the amended complaint insofar as asserted against them for the reasons stated in his dissenting memorandum in *Heeran v Long Is. Power Auth. (LIPA)* (141 AD3d 561 [2016] [decided herewith]). ■